**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| AMERICAN OVERSEAS TRANSPORT, LTD., ) <br> an Illinois corporation ) <br>        Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> QUANTUM POLYMER COMPOSITES, LLC, ) <br> An Ohio limited liability company, ) <br> ) <br>        Defendant. ) | Case No. 15-CV-06212 |

## **COMPLAINT**

Plaintiff, American Overseas Transport, Ltd. (hereinafter, "AOT"), by and through its attorneys, Frank J. Marsico and Eric B. Kjellander of Watt, Tieder, Hoffar & Fitzgerald, L.L.P., hereby sets forth its Complaint against Quantum Polymer Composites, LLC ("Quantum") as follows:

### **I. PARTIES**

1. AOT is an Illinois corporation with its principal place of business located at 175 Hansen Court, Suite 108, Wood Dale, Illinois, and is a citizen of the State of Illinois.

2. Quantum Polymer Composites, LLC (hereinafter, "Defendant" or "Quantum"), is a limited liability company organized under the laws of the State of Ohio. Upon information and belief, Quantum's principal place of business is located at 33199 Fairmount Boulevard, Pepper Pike, OH, 44124, and upon information and belief can be served care of its Registered Agent, Chandrasekaran Pillai, 31299 Fairmount Boulevard, Pepper Pike, Ohio 44124. Quantum is a citizen of the State of Ohio.

1

## II. JURISDICTION AND VENUE

3. This Court has jurisdiction over this cause under 28 U.S.C. § 1332(a) in that the matter in controversy, exclusive of interests and costs, exceeds the sum or value of $75,000.00, and is between citizens of different states.

4. Venue is proper in this Court under 28 U.S.C. § 1391(b) because the acts and omissions giving rise to AOT's cause of action occurred in this District and the parties have contractually consented to jurisdiction in this Court and in this venue.

## III. FACTS COMMON TO ALL COUNTS

5. On information and belief, Quantum is an Ohio limited liability company in the business of, among other things, selling certain polymer composites.

6. Upon information and belief, Chandrasekaran Pillai is the registered agent of Quantum.

7. Upon information and belief, Hari Chandra is the President of Quantum.

8. AOT is an Illinois corporation with its principal place of business in Wood Dale, IL, and is in the business of, among other things, shipping goods throughout the world.

9. Beginning in 2012, Hari Chandra and/or another employee of Quantum, on behalf of Quantum, approached AOT about utilizing AOT to provide certain shipping and freight services.

10. AOT memorialized the agreements between Quantum and AOT through a series of invoices and/or bills of lading, including "Terms and Conditions." (hereinafter the "Contracts").

11. True and correct copies of the Contracts are attached hereto as **Group Exhibit A.**

12. Pursuant to the terms of the Contracts, Quantum was required to pay all invoices issued by Quantum in exchange for the services provided by AOT to Quantum in each corresponding invoice and/or bill of lading. (Gr. Ex. A).

13. AOT has repeatedly notified Quantum that it was delinquent in its payment of amounts due to AOT under the Contracts.

14. Despite AOT's prior requests and demands, Quantum has continued to refuse and/or fail to make the payments and referenced in and as required by the Contracts.

15. Pursuant to the Terms and Conditions of said Contracts, Paragraph 13, AOT is entitled to "all costs of collection, including reasonable attorney's fees and interest at 15% per annum..." (Gr. Ex. A, ¶13).

16. AOT has requested and demanded on multiple occasions that Quantum pay all unpaid amounts owed in full, including but not limited to its April 27, 2015 demand letter seeking the full outstanding principal amount of $94,723.25, plus interest at 15% per annum through May 1, 2015 at $32,006.84, for a combined total of $126,730.09, exclusive of reasonable attorneys' fees and any additional interest continuing to accrue at the rate of 15% per annum.

17. As of the date of the filing of this Complaint, Quantum has refused and/or failed to respond to any such requests or demands of AOT, including but not limited to its demand letter of April 27, 2015, and has continued to fail to pay any portion(s) of the full amount owed under the Contracts.

18. Due to Quantum's continued refusal to pay the aforementioned outstanding amounts owed to AOT, AOT was forced to hire the undersigned counsel to enforce the terms of the Contracts.

19. The Contracts, pursuant to the Terms and Conditions of Service, Paragraph 21, contain a governing law and consent to jurisdiction and venue clause and reads as follows:

> 21. Governing Law; Consent to Jurisdiction and Venue. These terms and conditions of service and the relationship of the parties shall be construed according to the laws of Illinois without giving consideration to principals of conflict of law.
>
>     (a) irrevocably consent to the jurisdiction of the United States District court and State Courts of Illinois;
>
>     (b) agree that any action relating to the services performed by Company, shall only be brought in said courts;
>
>     (c) consent to the exercise of in personam jurisdiction by said courts over it, and
>
>     (d) further agree that any action to enforce a judgment may be instituted in any jurisdiction.

### COUNT I
### Breach of Contract

20. AOT adopts and re-alleges paragraphs 1 through 19 above, as though fully set out herein, as Paragraph 20 of Count I of this Complaint.

21. Pursuant to the terms of the Contracts, the Defendant is obligated to pay all funds due in connection with the Contracts.

22. AOT has performed all of its obligations under the Contracts.

23. The Defendant has breached the Contracts by failing and/or refusing to pay AOT the amounts that are rightfully due.

24. AOT has been damaged by the Quantum's material breach of the Contracts in the initial amount of $127,199.94, exclusive of reasonable attorneys' fees and interest continuing to accrue at the rate of 15% per annum, and is comprised of: a) outstanding principal amount owed to AOT of $94,723.25; plus b) interest accruing at the rate of 15% per annum, which as of June 10, 2015 amounts to $32,476.69.

WHEREFORE, American Overseas Transport, Ltd. prays for a judgment in its favor and against Defendant Quantum Polymer Composites, L.L.C., and for this Honorable court to issue an Order:

(a) Finding Defendant Quantum in breach of the Contracts for the reasons cited above;

(b) Entering judgment against Quantum and in favor of AOT in the initial amount of $127,199.94 for unpaid, outstanding principal, interest accruing at the rate of 15% per annum through June 10, 2015, plus reasonable attorneys' fees, additional pre-judgment interest continuing to accrue after June 10, 2015, plus AOT's costs of collection and expenses; and,

(c) Awarding any and all further relief that this Court deems equitable and just.

## COUNT II
### Account Stated

25. AOT hereby reincorporates and realleges paragraphs 1 through 24 above, as though fully set forth herein as Paragraph 25 for Count II of this Complaint.

26. Quantum ordered and received goods, wares, and/or services from AOT, for which a balance is due and owing to AOT in the initial sum of $127,199.94, as calculated in the preceding paragraphs of this Complaint.

27. AOT has made due demand, through multiple invoices and a final demand letter of April 27, 2015, upon Quantum to pay all amounts due and owing to AOT under the Contracts.

28. At no time has Quantum objected to or disputed any portion(s) of the invoiced amounts referenced in the Contracts.

29. Quantum has refused and/or failed to pay the amounts rightfully due AOT, as evidenced by its continued and ongoing failure to respond to AOT's aforementioned requests and demands for payment.

30. By reason of an account stated on each invoice, AOT claims prejudgment interest at the rate of 15% per annum as stated under the Contracts and/or as otherwise provided under controlling law.

WHEREFORE, American Overseas Transport, Ltd. prays for a judgment in its favor and against Defendant Quantum Polymer Composites, L.L.C., and for this Honorable court to issue an Order:

(a) Entering judgment against Quantum and in favor of AOT in the initial amount of $127,199.94 for unpaid, outstanding principal, interest accruing at the rate of 15% per annum through June 10, 2015, plus reasonable attorneys' fees, additional pre-judgment interest continuing to accrue after June 10, 2015, plus AOT's costs of collection and expenses; and,

(b) Awarding any and all further relief that this Court deems equitable and just.

Respectfully submitted,

AMERICAN OVERSEAS TRANSPORT, LTD.

By: /s/ *Frank J. Marsico*
     One of its attorneys

Frank J. Marsico (#6229784)
Eric B. Kjellander (#6303721)
WATT, TIEDER, HOFFAR & FITZGERALD L.L.P.
10 S. Wacker Drive, Suite 2935
Chicago, IL 60606
(312) 219-6900
(312) 559-2758 (Fax)
fmarsico@watttieder.com
ekjellander@watttieder.com

Dated: July 15, 2015